UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

| | |
|---|---|
| JOANNA JOHNSON, as Personal Representative of the Estate of Lonnie Jordan | Case No3:15-cv-1295-J-39JBT |
| Plaintiffs, | |
| v. | |
| TOTE SERVICES INC., a Florida Corporation d.b.a. TOTE MARITIME Puerto Rico, and MICHAEL DAVIDSON, Ship Captain _____/ | |

NOTICE OF MEDIATION

COMES NOW Plaintiff, JOANNA JOHNSON, by and through his undersigned counsel and hereby gives notice that said mediation conference in the above matter shall be held before Rodney A. Max, Esq., on <u>Monday, April 4, 2016 at 9:00 a.m.</u>, at the Upchurch Watson White & Max, Executive Suites/ EverBank Building, 301 West Bay Street, Suite 1414, Jacksonville, FL.

CERTIFICATE OF SERVICE

I, Sekou Gary, Esq., hereby certify that on March 30, 2016, this Notice of Mediation was electronically filed with the Clerk of the Court via the Court's CM/ECF

system and that, in the same manner, an electronic copy was served on all counsel of record.

                                    **GARY, WILLIAMS, PARENTI,**
                                    **WATSON & GARY, P.L.L.C.**

                                  /s/ *Willie E. Gary,*
                                  Willie E. Gary Esq.
                                  Florida Bar No.187843
                                  Primary : weg@williegary.com
                                  Secondary: dpk@williegary.com
                                  Thirtary: eva@williegary.com
                                  221 East Osceola Street
                                  Stuart, Florida 34994
                                  Telephone: (772) 283-8260
                                  Facsimile: (772) 283-4996